UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WESTERN PROGRESSIVE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE M ROBLES, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01692-BLF<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 45] |

　　Before the Court is Defendant's unopposed Motion to Appear by Telephone at the Case Management Conference scheduled for December 10, 2015 at 11 A.M. ECF 45. Defendant states that appearing telephonically would eliminate the need for counsel to travel from Fullerton, where his office is located, to San Jose. Furthermore, he believes his "telephonic appearance would be just as productive as appearing in person." *Id.* Accordingly, the Court GRANTS the motion and DIRECTS Defendant to contact Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing to schedule the telephonic appearance.

　　**IT IS SO ORDERED.**

Dated: October 29, 2015

_____
BETH LABSON FREEMAN
United States District Judge